Wilhelmine L. Kelleher, Appellee, v. Daniel D. Kelleher, Appellant.

Gen. No. 43,896.

opinion filed June 4, 1947; rehearing denied June 19, 1947; released for publication June 19, 1947. Bernard W. Vinissky and Julius S. Neale, for appellant; Lloyd W. Lehman, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**